```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        3:15cr118-MHT
                            )            (WO)
MYESHA ALETA McCRAY         )
```

OPINION AND ORDER

This cause is before the court on the joint motion to continue filed by defendant Myesha Aleta McCray and the government. For the reasons set forth below, the court finds that jury selection and trial, now set for August 31, 2015, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy

> days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).

The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial."  § 3161(h)(7)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  § 3161(h)(7)(B)(iv).

In this case, the ends of justice served by granting a continuance outweigh the interest of the public and McCray in a speedy trial.  McCray is

**awaiting the government's response to her request for pretrial diversion. If such request is denied, McCray represents that she would need additional time to negotiate a plea. Moreover, new evidence and circumstances have emerged in the case that the defense could not investigate and analyze fully prior to the plea deadline. Given these circumstances, a continuance in this matter is warranted.**

**\*\*\***

**Accordingly, it is ORDERED as follows:**

**(1) The joint motion for continuance (doc. no. 55) is granted.**

**(2) The jury selection and trial for defendant Myesha Aleta McCray, now set for August 31, 2015, are reset for January 4, 2016, at 10:00 a.m., at the Federal Courthouse in Opelika, Alabama, 500 South 7th Street, Opelika, Alabama.**

**DONE, this the 20th day of August, 2015.**

                                     **/s/ Myron H. Thompson**
                                     **UNITED STATES DISTRICT JUDGE**